

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

January 6, 2023

**VIA E-MAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Manuel Zumba Mejia,* **22 Mag. 10105**

Dear Judge Krause:

      In light of the defendant's arrest and presentment, the Government respectfully requests that the criminal complaint and arrest warrant in this matter be unsealed.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                By:    /s/ Qais Ghafary
                      Qais Ghafary
                      Assistant United States Attorney
                      Tel: (914) 993-1930

Cc:  Benjamin Gold, Esq. (via e-mail)

**SO ORDERED.**

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: January 6, 2023